## Notice Recipients

| | | |
|---|---|---|
| District/Off: 0752−1 | User: aiwinski | Date Created: 8/3/2010 |
| Case: 10−34646 | Form ID: b9a | Total: 26 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | John J. Manion | 1851 N. Iowa, #3W     Chicago, IL 60622 |
| tr | R Scott Alsterda | Ungaretti &Harris LLP     3500 Three First National Plaza     Chicago, IL 60602 |
| aty | Erich S Buck | Adelman &Gettleman, Ltd.     53 W. Jackson Blvd.     Suite 1050     Chicago, IL 60604 |
| 15944786 | Advance Restaurant Finance, LLC     c/o Angela A. Velen, Esq.     Collection at Law, Inc.     31200 Via Colinas, Suite 101     Westlake Village, CA 91362 | |
| 15944788 | American Express     P.O. Box 15298     Wilmington, DE 19850 | |
| 15944787 | American Express     P.O. Box 297871     Fort Lauderdale, FL 33329 | |
| 15944789 | Bank of America     PO Box 17054     Wilmington, DE 19850 | |
| 15944793 | CIS Inc.     Route 517     Allamuchy, NJ 07820 | |
| 15944790 | Capital One Bank     120 Corporate Boulevard     Suite 1     Norfolk, VA 23502 | |
| 15944791 | Chase Visa     201 N. Walnut Street #DE1−10     Wilmington, DE 19801 | |
| 15944792 | Chase Visa     PO Box 15298     Wilmington, DE 19850 | |
| 15944794 | Clever Ideas, Inc.     c/o Brian L. Shaw &Jessica M. Scheller     Shaw Gussis Fishman Glantz Wolfson     321 N. Clark Street, Suite 800     Chicago, IL 60654 | |
| 15944795 | Fifth Third Bank     PO Box 630778     Cincinnati, OH 45263−0778 | |
| 15944796 | Hood Development LLC     c/o Alan S. Levin, Esq.     Alan S. Levin &Associates, Ltd.     205 W. Randolph Street, Suite 1030     Chicago, IL 60606 | |
| 15944797 | Illinois Department of Revenue     100 W. Randolph     Bankruptcy Section−Level 7−425     Chicago, IL 60601 | |
| 15944798 | Illinois Department of Revenue     c/o Arnold Scott Harris, Esq.     Arnold Scott Harris, P.C.     222 Merchandise Mart Plaza, Suite 19323     Chicago, IL 60654 | |
| 15944799 | Internal Revenue Service     Special Procedures Branch     230 S. Dearborn, Suite 3030A     Attn: STOP 5010−CHI     Chicago, IL 60604 | |
| 15944800 | Kraff Eye Institute     PO Box 2674     Carol Stream, IL 60132 | |
| 15944801 | Northwestern Memorial Physicians Group     75 Remittance Drive #1293     Chicago, IL 60675 | |
| 15944802 | Portfolio Recovery     c/o Freedman Anselmo Lindberg &Rappe     1807 W. Diehl, Suite 333     PO 3107     Naperville, IL 60566 | |
| 15944803 | Rewards Network Establishment Services     c/o Friedman &Wexler, LLC     500 W. Madison Street, Suite 450     Chicago, IL 60661 | |
| 15944804 | Rewards Network Establishment Services     c/o Ronald L. Blake, President     2 N. Riverside Plaza, #950     Chicago, IL 60606 | |
| 15944805 | Robert J. Shelist, Esq.     The Law Offices of Robert J. Shelist, PC     1061 West Monroe Street     Chicago, IL 60607 | |
| 15944807 | USAA Visa     PO Box 65020     San Antonio, TX 78256 | |
| 15944806 | United Collection Bureau, Inc.     5620 Southwyck Boulevard     Toledo, OH 43614 | |
| 15944808 | Winchester Properties of Chicago, LLC     2556 W. Chicago Avenue, 1R     Chicago, IL 60622 | |

TOTAL: 26