**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)   Case Number **10–34646**

# UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on August 2, 2010.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
John J. Manion
1851 N. Iowa, #3W
Chicago, IL 60622

| | |
|---|---|
| Case Number:   10–34646<br>Office Code:      1 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx–xx–0387 |
| Attorney for Debtor(s) (name and address):<br>Erich S Buck<br>Adelman & Gettleman, Ltd.<br>53 W. Jackson Blvd.<br>Suite 1050<br>Chicago, IL 60604<br>Telephone number:   312 435–1050 | Bankruptcy Trustee (name and address):<br>R Scott Alsterda<br>Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>Chicago, IL 60602<br>Telephone number:   312 977–9203 |

### Meeting of Creditors:
Date:  **September 30, 2010**                                          Time:  **12:00 PM**

Location:  **219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604**

**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

### Presumption of Abuse under 11 U.S.C. §§ 707(b)
*See "Presumption of Abuse" on reverse side.*

**The presumption of abuse does not arise.**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts: November 29, 2010**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number:   1–888–232–6814 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Kenneth S. Gardner |
| Hours Open:   Monday – Friday 9:00 AM –4:30 PM | Date:   August 3, 2010 |

**EXPLANATIONS**  B9A (Official Form 9A) (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §§362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under §§ 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §§727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §§523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

# CERTIFICATE OF NOTICE

```
District/off: 0752-1            User: aiwinski              Page 1 of 1                  Date Rcvd: Aug 03, 2010
Case: 10-34646                  Form ID: b9a                Total Noticed: 26
```

The following entities were noticed by first class mail on Aug 05, 2010.
```
db              John J. Manion,    1851 N. Iowa, #3W,   Chicago, IL 60622
aty            +Erich S Buck,    Adelman & Gettleman, Ltd.,    53 W. Jackson Blvd.,   Suite 1050,
                 Chicago, IL 60604-3786
tr              R Scott Alsterda,    Ungaretti & Harris LLP,    3500 Three First National Plaza,
                 Chicago, IL 60602
15944786       +Advance Restaurant Finance, LLC,    c/o Angela A. Velen, Esq.,    Collection at Law, Inc.,
                 31200 Via Colinas, Suite 101,    Westlake Village, CA 91362-3952
15944788       +American Express,    P.O. Box 15298,   Wilmington, DE 19850-5298
15944793        CIS Inc.,   Route 517,   Allamuchy, NJ 07820
15944790       +Capital One Bank,    120 Corporate Boulevard,   Suite 1,   Norfolk, VA 23502-4962
15944794       +Clever Ideas, Inc.,    c/o Brian L. Shaw & Jessica M. Scheller,
                 Shaw Gussis Fishman Glantz Wolfson,    321 N. Clark Street, Suite 800,   Chicago, IL 60654-4766
15944795      ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
                (address filed with court: Fifth Third Bank,    PO Box 630778,   Cincinnati, OH 45263-0778)
15944796       +Hood Development LLC,    c/o Alan S. Levin, Esq.,    Alan S. Levin & Associates, Ltd.,
                 205 W. Randolph Street, Suite 1030,    Chicago, IL 60606-1813
15944797      ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
                (address filed with court: Illinois Department of Revenue,    100 W. Randolph,
                 Bankruptcy Section-Level 7-425,    Chicago, IL 60601)
15944798       +Illinois Department of Revenue,    c/o Arnold Scott Harris, Esq.,    Arnold Scott Harris, P.C.,
                 222 Merchandise Mart Plaza, Suite 19323,    Chicago, IL 60654-1103
15944800       +Krafft Eye Institute,    PO Box 2674,   Carol Stream, IL 60132-0001
15944801       +Northwestern Memorial Physicians Group,    75 Remittance Drive #1293,   Chicago, IL 60675-1293
15944802       +Portfolio Recovery,    c/o Freedman Anselmo Lindberg & Rappe,    1807 W. Diehl, Suite 333,
                 PO 3107,   Naperville, IL 60566-7107
15944803       +Rewards Network Establishment Services,    c/o Friedman & Wexler, LLC,
                 500 W. Madison Street, Suite 450,    Chicago, IL 60661-2767
15944805       +Robert J. Shelist, Esq.,    The Law Offices of Robert J. Shelist, PC,   1061 West Monroe Street,
                 Chicago, IL 60607-2603
15944807       +USAA Visa,   PO Box 65020,    San Antonio, TX 78265-5020
15944806       +United Collection Bureau, Inc.,    5620 Southwyck Boulevard,   Toledo, OH 43614-1501
15944808       +Winchester Properties of Chicago, LLC,    2556 W. Chicago Avenue, 1R,   Chicago, IL 60622-4517
```

The following entities were noticed by electronic transmission on Aug 03, 2010.
```
15944787       +EDI: AMEREXPR.COM Aug 03 2010 20:08:00      American Express,    P.O. Box 297871,
                 Fort Lauderdale, FL 33329-7871
15944789       +EDI: BANKAMER2.COM Aug 03 2010 20:08:00      Bank of America,    PO Box 17054,
                 Wilmington, DE 19850-7054
15944792       +EDI: CHASE.COM Aug 03 2010 20:08:00      Chase Visa,   PO Box 15298,   Wilmington, DE 19850-5298
15944791       +EDI: CHASE.COM Aug 03 2010 20:08:00      Chase Visa,   201 N. Walnut Street #DE1-10,
                 Wilmington, DE 19801-2920
15944799        EDI: IRS.COM Aug 03 2010 20:08:00      Internal Revenue Service,   Special Procedures Branch,
                 230 S. Dearborn, Suite 3030A,   Attn: STOP 5010-CHI,    Chicago, IL 60604
15944804       +E-mail/Text: bankruptcy@rewardsnetwork.com
                 Rewards Network Establishment Services,    c/o Ronald L. Blake, President,
                 2 N. Riverside Plaza, #950,   Chicago, IL 60606-2614
                                                                                              TOTAL: 6
```

```
           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 05, 2010**                     **Signature:** *Joseph Speetjens*