B6A (Official Form 6A) (12/07)

In re   John J. Manion   Case No.   10-34646
_____
Debtor

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| None | | | | |

| | Sub-Total > | 0.00 | (Total of this page) |
|---|---|---|---|
| | Total > | 0.00 | |

0 continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

In re  John J. Manion                                                     Case No.  10-34646
                              Debtor

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | Cash on Hand | - | 200.00 |
| | | Westside Entertainment, Inc. Paycheck No. 1000042 | - | 1,704.37 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | North Community Bank 3639 N. Broadway Chicago, IL 60613 Checking Acct. No. x7018 | - | 0.00 |
| | | Merrill Lynch CMA Account The Hankins and Helmuth Group 290 Town Center Drive, Suite 1100 Dearborn, MI 48126 Acct. No. x4N73 | - | 167.53 |
| | | North Community Bank 3639 N. Broadway Chicago, IL 60613 Savings Acct. # x1257 | - | 911.50 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Security Deposit - Apartment Rental Winchester Properties of Chicago LLC 2556 W. Chicago Avenue Chicago, IL 60622 | - | 1,500.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Miscellaneous household goods and furnishings including furniture, television, audio and video equipment; no extraordinary items (approximate liquidation value). | - | 2,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Various books, pictures and paintings by friends and family; no extraordinary items (approximate liquidation value). | - | 1,250.00 |
| 6. Wearing apparel. | | Miscellaneous wearing apparel (approximate liquidation value). | - | 450.00 |
| 7. Furs and jewelry. | X | | | |

Sub-Total >    8,683.40
(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                Best Case Bankruptcy

In re John J. Manion , Case No. 10-34646
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | | Crossbow, 30 year old Pentax 35 mm camera, Trek Soho bicycle (approximate liquidation value). | - | 600.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Merrill Lynch IRA Account The Hankins and Helmuth Group 2900 Town Center Drive, Suite 1100 Dearborn, MI 48126 Acct. No. x5k31 | - | 17,129.04 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Motel, LLC - 31% member 600 W. Chicago Avenue Chicago, IL 60610 | - | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Sub-Total > 17,729.04
(Total of this page)

Sheet 1 of 3 continuation sheets attached
to the Schedule of Personal Property

In re  John J. Manion                                                                 Case No.   10-34646
                                          Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2004 Ford Explorer Sport Track (Blue book value) | - | 14,190.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Various cooking tools, knives and utensils - Used professionally (approximate liquidation value). | - | 500.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

                                                                Sub-Total >       14,690.00
                                                           (Total of this page)

Sheet   2   of   3   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   John J. Manion                                                    Case No.   10-34646
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sheet   3   of   3   continuation sheets attached
to the Schedule of Personal Property

Sub-Total >         0.00
(Total of this page)
Total >         41,102.44

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

In re  John J. Manion                                           Case No.  10-34646
                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                  $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                           *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| Cash on Hand | 735 ILCS 5/12-1001(b) | 100% | 200.00 |
| Westside Entertainment, Inc. Paycheck No. 1000042 | 735 ILCS 5/12-1001(b) | 100% | 1,704.37 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Merrill Lynch CMA Account The Hankins and Helmuth Group 290 Town Center Drive, Suite 1100 Dearborn, MI 48126 Acct. No. x4N73 | 735 ILCS 5/12-1001(b) | 100% | 167.53 |
| North Community Bank 3639 N. Broadway Chicago, IL 60613 Savings Acct. # x1257 | 735 ILCS 5/12-1001(b) | 100% | 911.50 |
| **Household Goods and Furnishings** Miscellaneous household goods and furnishings including furniture, television, audio and video equipment; no extraordinary items (approximate liquidation value). | 735 ILCS 5/12-1001(b) | 1,016.60 | 2,500.00 |
| **Wearing Apparel** Miscellaneous wearing apparel (approximate liquidation value). | 735 ILCS 5/12-1001(a) | 100% | 450.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** Merrill Lynch IRA Account The Hankins and Helmuth Group 2900 Town Center Drive, Suite 1100 Dearborn, MI 48126 Acct. No. x5k31 | 735 ILCS 5/12-1006 | 100% | 17,129.04 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** 2004 Ford Explorer Sport Track (Blue book value) | 735 ILCS 5/12-1001(c) | 2,400.00 | 14,190.00 |
| **Machinery, Fixtures, Equipment and Supplies Used in Business** Various cooking tools, knives and utensils - Used professionally (approximate liquidation value). | 735 ILCS 5/12-1001(d) | 100% | 500.00 |
| | Total: | 24,479.04 | 37,752.44 |

_0_ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  John J. Manion                                      Case No.  10-34646
                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community — H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Fifth Third Bank<br>PO Box 630778<br>Cincinnati, OH 45263-0778 | | - | 2004 Ford Explorer Sport Track<br><br><br>Value $  14,190.00 | | | | 9,469.98 | 0.00 |
| Account No. | | | <br>Value $ | | | | | |
| Account No. | | | <br>Value $ | | | | | |
| Account No. | | | <br>Value $ | | | | | |
| 0 continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 9,469.98 | 0.00 |
| | | | Total<br>(Report on Summary of Schedules) | | | | 9,469.98 | 0.00 |

In re John J. Manion          Case No. 10-34646

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

---

\* *Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                               1      continuation sheets attached

In re   John J. Manion                                    Case No.   10-34646
                           Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.  Illinois Department of Revenue 100 W. Randolph Bankruptcy Section-Level 7-425 Chicago, IL 60601 | | - | Pre-petition 2010 Taxes | X | X | | Unknown | | Unknown |
| Account No.  Illinois Department of Revenue c/o Arnold Scott Harris, Esq. Arnold Scott Harris, P.C. 222 Merchandise Mart Plaza, Suite 19323 Chicago, IL 60654 | X | - | Withholding taxes against Mas, LLC FOR NOTICE PURPOSES ONLY | | | | 62,559.04 | | Unknown Unknown |
| Account No.  Internal Revenue Service Special Procedures Branch 230 S. Dearborn, Suite 3030A Attn: STOP 5010-CHI Chicago, IL 60604 | | - | Pre-petition 2010 Taxes | X | X | | Unknown | | Unknown |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet  1  of  1   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)        62,559.04     0.00   0.00

Total (Report on Summary of Schedules)  62,559.04   0.00   0.00

B6F (Official Form 6F) (12/07)

In re John J. Manion , Case No. 10-34646
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Advance Restaurant Finance, LLC<br>c/o Angela A. Velen, Esq.<br>Collection at Law, Inc.<br>31200 Via Colinas, Suite 101<br>Westlake Village, CA 91362 | X | - | California lawsuit regarding debt to Community Bank against Mas LLC and guarantors, Case No. 08392561 | | | | 10,050.00 |
| Account No.<br><br>American Express<br>P.O. Box 297871<br>Fort Lauderdale, FL 33329 | X | - | 11/05<br>Credit Card Debt for Mas, LLC | | X | | 8,346.00 |
| Account No.<br><br>Capital One Bank<br>120 Corporate Boulevard<br>Suite 1<br>Norfolk, VA 23502 | X | - | Credit Card Debt for Motel, LLC | | X | | 3,049.21 |
| Account No.<br><br>Chase Visa<br>201 N. Walnut Street #DE1-10<br>Wilmington, DE 19801 | | - | Credit Card Debt | | | | 9,928.00 |
| 3 continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | 31,373.21 |

In re  John J. Manion, Debtor

Case No. 10-34646

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Chase Visa<br>PO Box 15298<br>Wilmington, DE 19850 | X | - | Credit Card Debt for Motel, LLC | | | X | 3,886.00 |
| Account No.<br>CIS Inc.<br>Route 517<br>Allamuchy, NJ 07820 | | - | Possible debt | | | X | Unknown |
| Account No.<br>Clever Ideas, Inc.<br>c/o Brian L. Shaw & Jessica M. Scheller<br>Shaw Gussis Fishman Glantz Wolfson<br>321 N. Clark Street, Suite 800<br>Chicago, IL 60654 | X | - | Lawsuit against Mas, LLC and guarantors for breach of loan and guaranties, Circuit Court of Cook County, IL, Case No. 09 L 2185 | | | | 64,919.19 |
| Account No.<br>Hood Development LLC<br>c/o Alan S. Levin, Esq.<br>Alan S. Levin & Associates, Ltd.<br>205 W. Randolph Street, Suite 1030<br>Chicago, IL 60606 | X | - | Joint Action Complaint against Mas LLC, 1670 W. Division LLC, Herbert Greenwald and John Manion, Circuit Court of Cook County, IL, Case No. 2009 M1 704019 | | | | 26,490.75 |
| Account No.<br>Hood Development LLC<br>c/o Alan S. Levin, Esq.<br>Alan S. Levin & Associates, Ltd.<br>205 W. Randolph Street, Suite 1030<br>Chicago, IL 60606 | X | - | Breach of Contract Complaint against Herbert Greenwald and John Manion, Circuit Court of Cook County, IL, Case No. 2009 L 014610 | | | | 80,961.27 |

Sheet no. 1 of 3 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  176,257.21

In re   John J. Manion                                                                        Case No.   10-34646
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C (Husband, Wife, Joint, or Community) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Kraff Eye Institute<br>PO Box 2674<br>Carol Stream, IL 60132 | | - | 6/18/08<br>Medical Bill | | | | 439.60 |
| Account No.<br><br>Northwestern Memorial Physicians Group<br>75 Remittance Drive #1293<br>Chicago, IL 60675 | | - | 4/19/2010<br>Medical Bill | | | | 185.75 |
| Account No.<br><br>Portfolio Recovery Associates LLC<br>c/o Jerome E. Riley<br>Freedman Anselmo Lindberg & Rappe<br>1807 W. Diehl, Suite 333, PO 3107<br>Naperville, IL 60566 | | - | Lawsuit against John Manion for breach of contract, Circuit Court of Cook County, IL, Case No. 10-M1-156625 | | | | 2,943.94 |
| Account No.<br><br>Rewards Network Establishment Services<br>c/o Friedman & Wexler, LLC<br>500 W. Madison Street, Suite 450<br>Chicago, IL 60661 | X | - | Breach of Marketing Contract with Mas, LLC | | | X | 49,123.23 |
| Account No.<br><br>Robert J. Shelist, Esq.<br>The Law Offices of Robert J. Shelist, PC<br>1061 West Monroe Street<br>Chicago, IL 60607 | | - | Legal services | | | | 1,518.29 |

Sheet no. __2__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    54,210.81

B6F (Official Form 6F) (12/07) - Cont.

In re  John J. Manion                                    Case No.  10-34646
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>United Collection Bureau, Inc.<br>5620 Southwyck Boulevard<br>Toledo, OH 43614 | - | | Possible debt | | | X | Unknown |
| Account No. x9321<br><br>USAA Visa<br>PO Box 65020<br>San Antonio, TX 78256 | - | | Credit Card Debt | | | | 6,328.04 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. 3 of 3 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    6,328.04

Total (Report on Summary of Schedules)    268,169.27

B6G (Official Form 6G) (12/07)

In re  John J. Manion                                          Case No.  10-34646
                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Winchester Properties of Chicago, LLC<br>2556 W. Chicago Avenue, 1R<br>Chicago, IL 60622 | One year lease (6/1/2010 through 5/31/2011) of residential property.<br>Monthly Rent $1,500<br>Security Deposit $ 1,500 |

0
\_\_\_\_ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re  John J. Manion                                                          Case No.    10-34646
                              Debtor

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| 1670 W. Division L.L.C.<br>1670 W. Division<br>Chicago, IL 60622 | Hood Development LLC<br>c/o Alan S. Levin, Esq.<br>Alan S. Levin & Associates, Ltd.<br>205 W. Randolph Street, Suite 1030<br>Chicago, IL 60606 |
| Herbert Greenwald<br>600 W. Chicago Avenue<br>Chicago, IL 60610 | Advance Restaurant Finance, LLC<br>c/o Angela A. Velen, Esq.<br>Collection at Law, Inc.<br>31200 Via Colinas, Suite 101<br>Westlake Village, CA 91362 |
| Herbert Greenwald<br>600 W. Chicago Avenue<br>Chicago, IL 60610 | Clever Ideas, Inc.<br>c/o Brian L. Shaw & Jessica M. Scheller<br>Shaw Gussis Fishman Glantz Wolfson<br>321 N. Clark Street, Suite 800<br>Chicago, IL 60654 |
| Herbert Greenwald<br>600 W. Chicago Avenue<br>Chicago, IL 60610 | Hood Development LLC<br>c/o Alan S. Levin, Esq.<br>Alan S. Levin & Associates, Ltd.<br>205 W. Randolph Street, Suite 1030<br>Chicago, IL 60606 |
| Herbert Greenwald<br>600 W. Chicago Avenue<br>Chicago, IL 60610 | Rewards Network Establishment Services<br>c/o Friedman & Wexler, LLC<br>500 W. Madison Street, Suite 450<br>Chicago, IL 60661 |
| Herbert Greenwald<br>600 W. Chicago Avenue<br>Chicago, IL 60610 | Hood Development LLC<br>c/o Alan S. Levin, Esq.<br>Alan S. Levin & Associates, Ltd.<br>205 W. Randolph Street, Suite 1030<br>Chicago, IL 60606 |
| Mas LLC<br>1670 W. Division<br>Chicago, IL 60622 | Illinois Department of Revenue<br>c/o Arnold Scott Harris, Esq.<br>Arnold Scott Harris, P.C.<br>222 Merchandise Mart Plaza, Suite 19323<br>Chicago, IL 60654 |
| Mas LLC<br>1670 W. Division<br>Chicago, IL 60622 | Advance Restaurant Finance, LLC<br>c/o Angela A. Velen, Esq.<br>Collection at Law, Inc.<br>31200 Via Colinas, Suite 101<br>Westlake Village, CA 91362 |

1  continuation sheets attached to Schedule of Codebtors

In re  John J. Manion                                                                 Case No.     10-34646
                                              Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Mas LLC<br>1670 W. Division<br>Chicago, IL 60622 | Clever Ideas, Inc.<br>c/o Brian L. Shaw & Jessica M. Scheller<br>Shaw Gussis Fishman Glantz Wolfson<br>321 N. Clark Street, Suite 800<br>Chicago, IL 60654 |
| Mas LLC<br>1670 W. Division<br>Chicago, IL 60622 | Hood Development LLC<br>c/o Alan S. Levin, Esq.<br>Alan S. Levin & Associates, Ltd.<br>205 W. Randolph Street, Suite 1030<br>Chicago, IL 60606 |
| Mas LLC<br>1670 W. Division<br>Chicago, IL 60622 | Rewards Network Establishment Services<br>c/o Friedman & Wexler, LLC<br>500 W. Madison Street, Suite 450<br>Chicago, IL 60661 |
| Mas LLC<br>1670 W. Division<br>Chicago, IL 60622 | American Express<br>P.O. Box 297871<br>Fort Lauderdale, FL 33329 |
| Motel LLC<br>600 W. Chicago Avenue<br>Chicago, IL 60610 | Advance Restaurant Finance, LLC<br>c/o Angela A. Velen, Esq.<br>Collection at Law, Inc.<br>31200 Via Colinas, Suite 101<br>Westlake Village, CA 91362 |
| Motel LLC<br>600 W. Chicago Avenue<br>Chicago, IL 60610 | Capital One Bank<br>120 Corporate Boulevard<br>Suite 1<br>Norfolk, VA 23502 |
| Motel LLC<br>600 W. Chicago Avenue<br>Chicago, IL 60610 | Chase Visa<br>PO Box 15298<br>Wilmington, DE 19850 |

Sheet    1    of    1    continuation sheets attached to the Schedule of Codebtors

In re  John J. Manion                                                              Case No.  10-34646
                              Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Single | RELATIONSHIP(S): None. | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Executive Chef | |
| Name of Employer | Branch 27 | |
| How long employed | 9 months | |
| Address of Employer | 1371 West Chicago Avenue Chicago, IL 60642 | |

INCOME: (Estimate of average or projected monthly income at time case filed)             DEBTOR           SPOUSE
1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly)       $  4,615.30      $  N/A
2. Estimate monthly overtime                                                        $      0.00      $  N/A

3. SUBTOTAL                                                                         $  4,615.30      $  N/A

4. LESS PAYROLL DEDUCTIONS
   a. Payroll taxes and social security                                             $  1,206.65      $  N/A
   b. Insurance                                                                     $      0.00      $  N/A
   c. Union dues                                                                    $      0.00      $  N/A
   d. Other (Specify): _____                               $      0.00      $  N/A
       _____                               $      0.00      $  N/A

5. SUBTOTAL OF PAYROLL DEDUCTIONS                                                   $  1,206.65      $  N/A

6. TOTAL NET MONTHLY TAKE HOME PAY                                                  $  3,408.65      $  N/A

7. Regular income from operation of business or profession or farm (Attach detailed statement)  $  0.00  $  N/A
8. Income from real property                                                        $      0.00      $  N/A
9. Interest and dividends                                                           $      0.00      $  N/A
10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of
    dependents listed above                                                         $      0.00      $  N/A
11. Social security or government assistance
    (Specify): _____                               $      0.00      $  N/A
               _____                               $      0.00      $  N/A
12. Pension or retirement income                                                    $      0.00      $  N/A
13. Other monthly income
    (Specify):  Consulting Work for Howard Natinsky (gross figure)                  $  1,250.00      $  N/A
               _____                               $      0.00      $  N/A

14. SUBTOTAL OF LINES 7 THROUGH 13                                                  $  1,250.00      $  N/A

15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14)                    $  4,658.65      $  N/A

16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15)           $          4,658.65

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re  John J. Manion                                    Case No.  10-34646
                            Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 750.00 |
| a. Are real estate taxes included?  Yes ___  No _X_ | | |
| b. Is property insurance included?  Yes ___  No _X_ | | |
| 2. Utilities:  a. Electricity and heating fuel | $ | 66.00 |
| b. Water and sewer | $ | 0.00 |
| c. Telephone | $ | 100.00 |
| d. Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 900.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 100.00 |
| 7. Medical and dental expenses | $ | 12.50 |
| 8. Transportation (not including car payments) | $ | 120.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 250.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 18.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 118.80 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 364.23 |
| b. Other | $ | 0.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other   See Detailed Expense Attachment | $ | 461.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 3,360.53 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---|
| a. Average monthly income from Line 15 of Schedule I | $ | 4,658.65 |
| b. Average monthly expenses from Line 18 above | $ | 3,360.53 |
| c. Monthly net income (a. minus b.) | $ | 1,298.12 |

B6J (Official Form 6J) (12/07)

In re   John J. Manion                                                            Case No.   10-34646
                                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
## Detailed Expense Attachment

**Other Expenditures:**

| | |
|---|---|
| Chase Visa | $ 200.00 |
| Comcast cable/internet | $ 173.00 |
| People's gas | $ 88.00 |
| **Total Other Expenditures** | $ 461.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re: John J. Manion

Debtor(s)

Case No. 10-34646
Chapter 7

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __21__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: August 16, 2010

Signature: /s/ John J. Manion
John J. Manion
Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy