UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| JOHN J. MANION, | ) | Case No. 10-34646 |
| | ) | |
| | ) | Honorable Pamela S. Hollis |
| Debtor. | ) | |

## NOTICE OF FILING

To: William T. Neary, Esq.  R. Scott Alsterda, Esq.
Office of the U.S. Trustee, Region 11  Ungaretti & Harris LLP
Dirksen Federal Court House  3500 Three First National Plaza
219 South Dearborn Street, Suite 873  Chicago, IL 60602
Chicago, IL 60604  rsalsterda@uhlaw.com
USTPRegion11.es.ecf@usdoj.gov

**PLEASE TAKE NOTICE** that on Monday, the 16th day of August, 2010, we caused the **SUMMARY OF SCHEDULES, SCHEDULES** and **STATEMENT OF FINANCIAL AFFAIRS** of **JOHN J. MANION** to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, copies of which are hereby served upon you.

ERICH S. BUCK, ESQ. (ARDC #6274635)
ADELMAN & GETTLEMAN, LTD.
53 West Jackson Boulevard, Suite 1050
Chicago, Illinois 60604
(312) 435-1050

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the Notice of Filing and the documents referred to herein, were served upon the persons listed above via ECF this 16th day of August, 2010.

/s/ Erich S. Buck
Erich S. Buck

87928.1 8/16/10