**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| JOHN J. MANION, | ) | Case No. 10-34646 |
| | ) | |
| | ) | Honorable Pamela S. Hollis |
| Debtor. | ) | |

## NOTICE OF FILING

To: William T. Neary, Esq.          R. Scott Alsterda, Esq.
     Office of the U.S. Trustee, Region 11   Ungaretti & Harris LLP
     Dirksen Federal Court House          3500 Three First National Plaza
     219 South Dearborn Street, Suite 873  Chicago, IL 60602
     Chicago, IL 60604                    rsalsterda@uhlaw.com
     USTPRegion11.es.ecf@usdoj.gov

     **PLEASE TAKE NOTICE** that on Monday, the 30th day of August, 2010, we caused the **DEBTOR'S STATEMENT OF INTENTION** to be filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, copies of which are hereby served upon you.

                            ERICH S. BUCK, ESQ. (ARDC #6274635)
                            ADELMAN & GETTLEMAN, LTD.
                            53 West Jackson Boulevard, Suite 1050
                            Chicago, Illinois 60604
                            (312) 435-1050

## CERTIFICATE OF SERVICE

     I hereby certify that true copies of the Notice of Filing and the documents referred to herein, were served upon the persons listed above via ECF this 30th day of August, 2010.

                              /s/ Erich S. Buck
                              Erich S. Buck

88130.1 8/30/10