# Notice Recipients

District/Off: 0752−1     User: mhenley     Date Created: 9/1/2010
Case: 10−34646     Form ID: definmgt     Total: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     John J. Manion     1851 N. Iowa, #3W     Chicago, IL 60622
aty     Erich S Buck     Adelman &Gettleman, Ltd.     53 W. Jackson Blvd.     Suite 1050     Chicago, IL 60604

TOTAL: 2