B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois

**Case No. 10–34646**

**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    John J. Manion
    1128 N. Winchester 2R
    Chicago, IL 60622

Social Security / Individual Taxpayer ID No.:
    xxx–xx–0387

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

    It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: <u>November 30, 2010</u>        <u>Kenneth S. Gardner, Clerk</u>
                          United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

**B18 (Official Form 18) (12/07) – Cont.**

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.*[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mhenley          Page 1 of 1          Date Rcvd: Nov 30, 2010
Case: 10-34646               Form ID: b18            Total Noticed: 26
```

The following entities were noticed by first class mail on Dec 02, 2010.
```
db          +John J. Manion,    1128 N. Winchester 2R,   Chicago, IL 60622-3749
aty         +Erich S Buck,   Adelman & Gettleman, Ltd.,    53 W. Jackson Blvd.,   Suite 1050,
             Chicago, IL 60604-3786
tr           R Scott Alsterda,   Ungaretti & Harris LLP,    3500 Three First National Plaza,
             Chicago, IL 60602
15944786    +Advance Restaurant Finance, LLC,   c/o Angela A. Velen, Esq.,   Collection at Law, Inc.,
             31200 Via Colinas, Suite 101,   Westlake Village, CA 91362-3952
15944788    +American Express,   P.O. Box 15298,   Wilmington, DE 19850-5298
15944793     CIS Inc.,   Route 517,   Allamuchy, NJ 07820
15944790    +Capital One Bank,   120 Corporate Boulevard,   Suite 1,   Norfolk, VA 23502-4962
15944794    +Clever Ideas, Inc.,   c/o Brian L. Shaw & Jessica M. Scheller,
             Shaw Gussis Fishman Glantz Wolfson,   321 N. Clark Street, Suite 800,   Chicago, IL 60654-4766
15944795    ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
             GRAND RAPIDS MI 49546-6253
             (address filed with court:  Fifth Third Bank,   PO Box 630778,   Cincinnati, OH 45263-0778)
15944796    +Hood Development LLC,   c/o Alan S. Levin, Esq.,   Alan S. Levin & Associates, Ltd.,
             205 W. Randolph Street, Suite 1030,   Chicago, IL 60606-1813
15944797    ++ILLINOIS DEPARTMENT OF REVENUE,   P O BOX 64338,   CHICAGO IL 60664-0338
             (address filed with court:  Illinois Department of Revenue,   100 W. Randolph,
             Bankruptcy Section-Level 7-425,   Chicago, IL 60601)
15944798    +Illinois Department of Revenue,   c/o Arnold Scott Harris, Esq.,   Arnold Scott Harris, P.C.,
             222 Merchandise Mart Plaza, Suite 19323,   Chicago, IL 60654-1103
15944800    +Kraff Eye Institute,   PO Box 2674,   Carol Stream, IL 60132-0001
15944801    +Northwestern Memorial Physicians Group,   75 Remittance Drive #1293,   Chicago, IL 60675-1293
15944802    +Portfolio Recovery,   c/o Freedman Anselmo Lindberg & Rappe,   1807 W. Diehl, Suite 333,
             PO 3107,   Naperville, IL 60566-7107
15944803    +Rewards Network Establishment Services,   c/o Friedman & Wexler, LLC,
             500 W. Madison Street, Suite 450,   Chicago, IL 60661-2767
15944805    +Robert J. Shelist, Esq.,   The Law Offices of Robert J. Shelist, PC,   1061 West Monroe Street,
             Chicago, IL 60607-2603
15944807    +USAA Visa,   PO Box 65020,   San Antonio, TX 78265-5020
15944806    +United Collection Bureau, Inc.,   5620 Southwyck Boulevard,   Toledo, OH 43614-1501
15944808    +Winchester Properties of Chicago, LLC,   2556 W. Chicago Avenue, 1R,   Chicago, IL 60622-4517
```

The following entities were noticed by electronic transmission on Dec 01, 2010.
```
15944787    +EDI: AMEREXPR.COM Nov 30 2010 21:53:00   American Express,   P.O. Box 297871,
             Fort Lauderdale, FL 33329-7871
15944789    +EDI: BANKAMER2.COM Nov 30 2010 21:53:00   Bank of America,   PO Box 17054,
             Wilmington, DE 19850-7054
15944792    +EDI: CHASE.COM Nov 30 2010 21:53:00   Chase Visa,   PO Box 15298,   Wilmington, DE 19850-5298
15944791    +EDI: CHASE.COM Nov 30 2010 21:53:00   Chase Visa,   201 N. Walnut Street #DE1-10,
             Wilmington, DE 19801-2920
15944799     EDI: IRS.COM Nov 30 2010 21:53:00   Internal Revenue Service,   Special Procedures Branch,
             230 S. Dearborn, Suite 3030A,   Attn: STOP 5010-CHI,   Chicago, IL 60604
15944804    +E-mail/Text: bankruptcy@rewardsnetwork.com
             Rewards Network Establishment Services,   c/o Ronald L. Blake, President,
             2 N. Riverside Plaza, #950,   Chicago, IL 60606-2614
                                                                              TOTAL: 6
```

```
        ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**


**Date: Dec 02, 2010**                          **Signature:**        _Joseph Speetjens_